UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2737 JGB (SPx)** | Date | March 10, 2026 |
|---|---|---|---|
| Title | ***Richard Kirkpatrick v. Kemper Corporation, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     Order to Show Cause re Dismissal for Failure to Prosecute and Comply with Court Orders (IN CHAMBERS)**

On July 3, 2025, Plaintiff Richard Kirkpatrick filed a complaint against Defendants in the Superior Court of California for the County of Riverside. ("Complaint," Dkt. No. 1-2.) Defendants removed the case to this Court on October 16, 2025. ("Notice of Removal," Dkt. No. 1.) On December 5, 2025, the Court dismissed the Complaint. (Dkt. No. 15.) On December 12, 2025, Plaintiff filed a first amended complaint. ("FAC," Dkt. No. 16.) The FAC alleges three causes of action: (1) breach of the covenant of good faith and fair dealing; (2) direct action under Insurance Code § 11580 for enforcement of judgment; and (3) declaratory relief. (See FAC.)

On February 6, 2026, the Court dismissed Defendant Jones with prejudice and dismissed Plaintiff's implied covenant of good faith and fair dealing claim without leave to amend. (Dkt. No. 23.) In that same order, the Court ordered Plaintiff to file an amended complaint with his remaining claims, if any, by February 18, 2026. (Id.) As of the date of this order, Plaintiff has not filed an amended complaint.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542

F.2d 522, 524 (9th Cir. 1976).  Here, it appears that Plaintiff has failed to comply with Court orders and prosecute his case with reasonable diligence because he failed to file an amended complaint by February 18, 2026.

Accordingly, the Court **ORDERS** Plaintiff, **on or before March 16, 2026**, to file an amended complaint, if any.  **Plaintiff is further instructed to include as an exhibit a redlined version of the amended complaint reflecting all changes made.**  Failure to comply with this order will result in dismissal of the action with prejudice without further notice to Plaintiff.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.

**IT IS SO ORDERED.**